AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>MARTIN RHYS JONES, a/k/a<br>Martin Reece, a/k/a John Allen<br>*Defendant* | )<br>)<br>)   Case No.   12-CR- **12 CR 125**<br>)<br>) |

**FILED MAR 20 2013** — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARTIN RHYS JONES a/k/a Martin Reece, a/k/a John Allen

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud, 18 USC 1349
Wire fraud, 18 USC 1343
Conspiracy to commit money laundering, 18 USC 1956(h)
Money laundering, 18 USC 1957(a)
International Money Laundering, 18 USC 1956(a)(2)

Date: **APR 1 7 2012**

*Issuing officer's signature* — Michael J. Roemer

City and state: Buffalo, New York

MICHAEL J. ROEMER, Clerk of the Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2-7-13, and the person was arrested on *(date)* 3-1-13
at *(city and state)* Madrid, Spain

Date: _____

*Arresting officer's signature* — Christopher Snact

Christopher Snact   Deputy U.S. Marshal
*Printed name and title*

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
MICHAEL J. ROEMER, CLERK

By _____ Clerk

Original Filed 4/17/2012