**Klimczak Michael K**

| | |
|---|---|
| **From:** | Randle, Jarrod [Jarrod.Randle@ice.dhs.gov] |
| **Sent:** | Friday, March 08, 2013 12:29 PM |
| **To:** | Klimczak Michael K |
| **Subject:** | FW: Martin Rhys Jones (RESTRICTED - CRIME) |
| **Attachments:** | MG15 - JONES - 220212 2.doc; MG15 - JONES - 220212 1.doc |

Very interesting stuff – will be useful if Jones wants to proffer



**From:** Russen Simon [mailto:Simon.Russen@city-of-london.pnn.police.uk]
**Sent:** Friday, March 08, 2013 11:58 AM
**To:** Randle, Jarrod
**Subject:** RE: Martin Rhys Jones (RESTRICTED - CRIME)

This email has been classified as RESTRICTED - CRIME

div class=WordSection1>
Jarrod,

As mentioned, I can confirm that on 22/02/12, Martin Rhys Jones was arrested at Luton Airport having flown into the UK from Spain.

He was taken to Bishopsgate Police Station ( custody record 48C6/585/12) where he was interviewed. He confirmed that he worked in Spain in the sales rooms but denied knowing it was dishonest.

I attach transcripts of his 2 interviews for intel assistance.

On the day of arrest, there was insufficient evidence to put a charge on him and so he was released on bail with a duty to return to Bishopsgate Police station at 13.00hrs on 22/05/13.

We were concerned that he may return to Spain and so we took possession of his UK passport and at 21.22hrs that same day, we released him with a condition that he was to reside at no 3, White Barn Road, Cardiff, CF14 5HA which is the home address for his ex wife. He was advised not to leave the country.

We spoke to his wife to confirm that it would be acceptable for him to stay with her.

Needless to say, he failed to turn up at the house in Cardiff and a subsequent check of his twitter account showed that after that weekend he had immediately got back to Spain – probably using a Spanish residents ID card .

On 17/05/12 he was arrested by you and technically you caused him to miss his bail return date of 22/05/12.

He had already breached his bail by returning to Spain.

He does not have a big history of criminal activity – prosecuted twice for theft matters in 1993 and 1983. There are no reports on PNC of him failing to meet bail conditions.

I can produce elements of this as a witness statement if required. The interviews are my exhibits.

Let me know,