| | |
|---|---|
| **From:** | E Carey Cantwell |
| **To:** | scott@nywd.uscourts.gov |
| **Cc:** | giuseppe_ippolito@nywd.uscourts.gov; hgreenman@lglaw.com; jmolloy@johnmolloylaw.com; jph@harringtonmahoney.com; john.e.rogowski@usdoj.gov; russell.ippolito@usdoj.gov; AJCatalano@CatalanoLaw.com; thomaseoannou@lawoffice484.com; brian_comerford@fd.org; Richard@RLRosenbaum.com; jamie@benjaminaaronson.com; jparkinson@buckleysandler.com; legaladvocategroup@gmail.com |
| **Subject:** | US v. Wrobel |
| **Date:** | 12/29/2015 03:16 PM |

Dear Judge Scott:

I notice some attorneys in the above entitled matter have asked for additional time to file motions. I want to make it clear on behalf of my client that I oppose any additional time for motions and have not consented to the relief requested.

Sincerely,

E. Carey Cantwell
*Attorney for Martin Rhys-Jones*
295 Main Street, Suite 984
Buffalo, NY 14203
Tel: (716) 853-1300
email: ecantw4174@aol.com